UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT CHILDRESS, #365065,

    Plaintiff,

v.

MICHAEL MICHALKE, et al.,

    Defendant(s).
_____/

CIVIL ACTION NO. 10-11008

DISTRICT JUDGE MARK A. GOLDSMITH

MAGISTRATE JUDGE MARK A. RANDON

## CORRECTED SCHEDULING ORDER

In connection with the preparation and the trial of this case, the following schedule will be followed:

1) **Closing Date For All *Discovery Activities*: 12/7/2012**

2) **Final Date for *Dispositive Motions*: 12/21/2012**

3) **Plaintiff's Date For *Response*: 1/22/2013**

4) **Defendant's Date for *Reply*: 1/28/2013**

**SO ORDERED.**

        s/Mark A. Randon
        MARK A. RANDON
        UNITED STATES MAGISTRATE JUDGE

Dated: November 13, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, November 13, 2012, by electronic and/or first class U.S. mail.*

        *s/Melody R. Miles*
        *Case Manager to Magistrate Judge Mark A. Randon*