UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT CHILDRESS, #365065,

        Plaintiff,

                               CIVIL ACTION NO. 10-11008

      v.                     DISTRICT JUDGE MARK A. GOLDSMITH

                               MAGISTRATE JUDGE MARK A. RANDON

JOHN MICHALKE,

        Defendant.

_____/

**ORDER DENYING PLAINTIFF'S
MOTION FOR ENLARGEMENT OF TIME (DKT. NO. 148)
AND MOTION TO STAY PROCEEDINGS (DKT. NO. 152)**

On November 13, 2012, this Court entered a Corrected Scheduling Order that provides a closing date for discovery of December 7, 2012. (Dkt. No. 154). This matter is before the Court on Plaintiff's Motion for Enlargement of Time (Dkt. No. 148), in which Plaintiff asks the Court to extend discovery 90 days. Defendant responded on November 16, 2012. (Dkt. No. 166).

Also before the Court is Plaintiff's Motion to Stay Proceedings (Dkt. No. 152), in which Plaintiff asks the Court to stay the case until April 19, 2013. Defendant responded on November 16, 2012. (Dkt. No. 164).

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936).

The Court finds neither a stay nor an extension of discovery will serve judicial economy. This case has been pending for approximately 2 ½ years, and the current scheduling order

-1-

provides a realistic time period within which to bring matters to a close.  The Court **DENIES**

Plaintiff's motions and maintains the existing scheduling order.

**IT IS ORDERED**.


s/Mark A. Randon
MARK A. RANDON
UNITED STATES MAGISTRATE JUDGE

Dated:  December 6, 2012


_Certificate of Service_

_I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, December 6, 2012, by electronic and/or ordinary mail._


s/Melody Miles
Case Manager